UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MERCI LOPEZ,

                                                                 **AFFIDAVIT OF**
                                                                 **PERSONAL SERVICE**

          -against-                                        Docket: 07 CIV 7168

120 BROADWAY, LLC, 120 BROADWAY HOLDING,
LLC, 120 BROADWAY PROPERTIES, LLC,            Judge Hellerstein
SILVERSTEIN PROPERTIES, INC., BOARD OF
EDUCATION OF THE CITY OF NEW YORK a/k/a NEW
YORK CITY DEPARTMENT OF EDUCATION, NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
THE CITY OF NEW YORK, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BATTERYPARK CITY AUTHORITY, RY
MANAGEMENT CO., INC., THAMES REALTY CO.,
NEW YORK UNIVERSITY, VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., VERIZON
COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, HUDSON VIEW EAST CONDOMINUM,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BLACKMON- MOORING- STEAMATIC CATASTOPHE
INC. D/B/A BMS CAT.,
------------------------------------------------X

      JORGE ANZOLA, being duly sworn, deposes and says:

      I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

      That on the 16th day of August, 2007, at approximately 2:43 p.m. at 100 Church Street - 4th Floor, New York, New York 10007, deponent served the within copy of the Summons and Complaint upon Michael A Cardozo, Corporation Counsel, attorney for Defendant City of New York by delivering thereat a true copy of same to Madelyn Santana, Docketing Clerk, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female Hispanic, white skin, Black hair, approx. 25-30, height approx. 5'5"-5'7"**

                                                                     JORGE ANZOLA

Sworn to before me this
16th day of August, 2007

_____
Notary public

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 20 10