UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MERCI LOPEZ,

**AFFIDAVIT OF
PERSONAL SERVICE**

-against-

Docket: 07 CIV 7168

120 BROADWAY, LLC, 120 BROADWAY HOLDING,
LLC, 120 BROADWAY PROPERTIES, LLC,
SILVERSTEIN PROPERTIES, INC., BOARD OF
EDUCATION OF THE CITY OF NEW YORK a/k/a NEW
YORK CITY DEPARTMENT OF EDUCATION, NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
THE CITY OF NEW YORK, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BATTERYPARK CITY AUTHORITY, RY
MANAGEMENT CO., INC., THAMES REALTY CO.,
NEW YORK UNIVERSITY, VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., VERIZON
COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, HUDSON VIEW EAST CONDOMINUM,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BLACKMON- MOORING- STEAMATIC CATASTOPHE
INC. D/B/A BMS CAT.,

Judge Hellerstein

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JORGE ANZOLA, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the
State of New York.

That on the 16th day of August, 2007, at approximately 3:50 p.m. at 30-30 Thompson - 4th Floor,
Long Island City, New York, deponent served the within copy of the Summons in A Civil Case upon
Defendant New York City School Construction Authority by delivering thereat a true copy of same to
Michael Szbaga, Corporate Secretary, an individual of suitable age and discretion. Deponent describes
person served as aforesaid to the best of deponent's ability at the time and circumstances of service as
follows: **Male Hispanic, white skin, Brown hair, approx. 40-45, height approx. 5'7"**

JORGE ANZOLA

Sworn to before me this
16th day of August, 2007

Notary public

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 2010