Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

MERCI LOPEZ,                                                    Index No.: 07-CV-7168

                        Plaintiff(s),               **NOTICE OF ADOPTION OF ANSWER
                                                                TO MASTER COMPLAINT**
  -against-
                                                                **ELECTRONICALLY FILED**
120 BROADWAY, LLC, *et al.*,

                        Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      November 30, 2007

                Yours etc.,

                McGIVNEY & KLUGER, P.C.
                Attorneys for Defendant
                RY MANAGEMENT CO., INC., i/s/h/a RY
                MANAGEMENT (hereinafter referred to as "RY"),

                By: _____
                    Richard E. Leff (RL-2123)
                    80 Broad Street, 23rd Floor
                    New York, New York 10004
                    (212) 509-3456

TO:   OSHMAN & MIRISOLA, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       Attn: David L. Kremen
       42 Broadway, 10th Floor
       New York, New York 10004
       (212) 233-2100

       All Defense Counsel