UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

MERCI LOPEZ,

                                                          **AFFIDAVIT OF**
                                                          **PERSONAL SERVICE**

      -against-                                     Docket: 07- CIV- 7168

120 BROADWAY, LLC, 120 BROADWAY HOLDING,
LLC, 120 BROADWAY PROPERTIES, LLC,
SILVERSTEIN PROPERTIES, INC., BOARD OF           Judge Hellerstein
EDUCATION OF THE CITY OF NEW YORK a/k/a NEW
YORK CITY DEPARTMENT OF EDUCATION, NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
THE CITY OF NEW YORK, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BATTERYPARK CITY AUTHORITY, RY
MANAGEMENT CO., INC., THAMES REALTY CO.,
NEW YORK UNIVERSITY, VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., VERIZON
COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, HUDSON VIEW EAST CONDOMINUM,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BLACKMON- MOORING- STEAMATIC CATASTOPHE
INC. D/B/A BMS CAT.,
------------------------------------------------X

     STEPHANIE LOPEZ, being duly sworn, deposes and says:

     I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

     That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT Corporation located at 111 8th Avenue- 13th, Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Boston Properties, Inc. by delivering thereat a true copy of same to Nora Dindyal, Process Specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                                                          _/s/ Stephanie Lopez_
                                                            Stephanie Lopez

Sworn to before me this
19th day of October, 2007        BEATRIZ DOLORES ARANA
                                  Notary Public, State of New York
_/s/_                                        No. 01AR6132940
                                  Qualified in Queens County
Notary public                       Commission Expires August 29, 20 09