UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MERCI LOPEZ,

                                                               **AFFIDAVIT OF**
                                                               **PERSONAL SERVICE**

    -against-                                            Docket: 07- CIV- 7168

120 BROADWAY, LLC, 120 BROADWAY HOLDING,
LLC, 120 BROADWAY PROPERTIES, LLC,        Judge Hellerstein
SILVERSTEIN PROPERTIES, INC., BOARD OF
EDUCATION OF THE CITY OF NEW YORK a/k/a NEW
YORK CITY DEPARTMENT OF EDUCATION, NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
THE CITY OF NEW YORK, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BATTERYPARK CITY AUTHORITY, RY
MANAGEMENT CO., INC., THAMES REALTY CO.,
NEW YORK UNIVERSITY, VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., VERIZON
COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, HUDSON VIEW EAST CONDOMINUM,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BLACKMON- MOORING- STEAMATIC CATASTOPHE
INC. D/B/A BMS CAT.,
------------------------------------------------X

    STEPHANIE LOPEZ, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

    That on the 30th day of October, 2007, at approximately 11:30 a.m. at 7 World Trade Center, 250 Greenwich Street, 38th Floor, New York, New York 10007, deponent served the within copy of the Summons and Complaint upon Silverstein Properties, Inc. by delivering thereat a true copy of same to Cliff Schwartz, Treasurer, an individual of suitable age and discretion.

                                                            _____
                                                                Stephanie Lopez

Sworn to before me this
30th day of October, 2007

_____
Notary public

                      BEATRIZ DOLORES ARANA
                    Notary Public, State of New York
                          No. 01AR6132940
                      Qualified in Queens County
               Commission Expires August 29, 20__