- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MERCI LOPEZ,

**AFFIDAVIT OF
PERSONAL SERVICE**

    -against-

Docket: 07- CIV- 7168

120 BROADWAY, LLC, 120 BROADWAY HOLDING,
LLC, 120 BROADWAY PROPERTIES, LLC,
SILVERSTEIN PROPERTIES, INC., BOARD OF
EDUCATION OF THE CITY OF NEW YORK a/k/a NEW
YORK CITY DEPARTMENT OF EDUCATION, NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
THE CITY OF NEW YORK, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BATTERYPARK CITY AUTHORITY, RY
MANAGEMENT CO., INC., THAMES REALTY CO.,
NEW YORK UNIVERSITY, VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., VERIZON
COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, HUDSON VIEW EAST CONDOMINUM,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BLACKMON- MOORING- STEAMATIC CATASTOPHE
INC. D/B/A BMS CAT.,

Judge Hellerstein

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    STEPHANIE LOPEZ, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the
State of New York.

That on the 30th day of October, 2007, at approximately 10:55 a.m. at City of New York Law
Department located at 100 Church Street 4th Floor, New York, New York 10007 deponent served the
within copy of the Summons and Complaint upon Board of Education of the City of New York a/k/a
New York City Department of Education by delivering thereat a true copy of same to Tameka Merides-
Gammon, Docketing Clerk an individual of suitable age and discretion.

                            _Stephanie Lopez_
                                 Stephanie Lopez

Sworn to before me this
30th day of October, 2007

_____
    Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 07