UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MERCI LOPEZ,

        -against-

120 BROADWAY, LLC, 120 BROADWAY HOLDING, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC., BOARD OF EDUCATION OF THE CITY OF NEW YORK a/k/a NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, THE CITY OF NEW YORK, 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BATTERY PARK CITY AUTHORITY, RY MANAGEMENT CO., INC., THAMES REALTY CO., NEW YORK UNIVERSITY, VERIZON NEW YORK, INC., VERIZON PROPERTIES, INC., VERIZON COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON VIEW EAST CONDOMINUM, BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON- MOORING- STEAMATIC CATASTOPHE INC. D/B/A BMS CAT.,
------------------------------------------------X

**AFFIDAVIT OF PERSONAL SERVICE**

Docket: 07 CIV 7168

Judge Hellerstein

    STEPHANIE LOPEZ, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 29th day of November, 2007, at approximately 1:10 p.m. at 59th Eat 59th Street, New York, New York 10022, deponent served the within copy of the Summons and Complaint upon 120 Broadway, LLC by delivering thereat a true copy of same to Elysabeth Kleinhans, President, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, white skin, gray hair, approx. 55-60, height approx. 5'2"-5'5"**

                                          _____
                                          Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
Notary public

                    BEATRIZ DOLORES ARANA
                 Notary Public, State of New York
                      No. 01AR6132940
                 Qualified in Queens County
            Commission Expires August 29, 20 __