UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MERCI LOPEZ,

              -against-

120 BROADWAY, LLC, 120 BROADWAY HOLDING, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC., BOARD OF EDUCATION OF THE CITY OF NEW YORK a/k/a NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, THE CITY OF NEW YORK, 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BATTERY PARK CITY AUTHORITY, RY MANAGEMENT CO., INC., THAMES REALTY CO., NEW YORK UNIVERSITY, VERIZON NEW YORK, INC., VERIZON PROPERTIES, INC., VERIZON COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON VIEW EAST CONDOMINUM, BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON- MOORING- STEAMATIC CATASTOPHE INC. D/B/A BMS CAT.,

------------------------------------------------------------X

**AFFIDAVIT OF PERSONAL SERVICE**

Docket: 07 CIV 7168

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 29th day of November, 2007, at approximately 12:43 p.m. at 1619 Third Avenue, New York, New York 10128, deponent served the within copy of the Summons and Complaint upon R.Y. Management Co., Inc., by delivering thereat a true copy of same to Dan McCaffrey, director of security, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male White, white skin, gray hair, approx. 55-60, height approx. 5'7"-5'9"**

                                                            _Stephanie Lopez_
                                                          Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__