------------------------------------X

MERCI LOPEZ,

                  **AFFIDAVIT OF**
                  **PERSONAL SERVICE**

-against-

Docket: 07 CIV 7168

120 BROADWAY, LLC, 120 BROADWAY HOLDING,
LLC, 120 BROADWAY PROPERTIES, LLC,
SILVERSTEIN PROPERTIES, INC., BOARD OF        Judge Hellerstein
EDUCATION OF THE CITY OF NEW YORK a/k/a NEW
YORK CITY DEPARTMENT OF EDUCATION, NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
THE CITY OF NEW YORK, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BATTERY PARK CITY AUTHORITY, RY
MANAGEMENT CO., INC., THAMES REALTY CO.,
NEW YORK UNIVERSITY, VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., VERIZON
COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, HUDSON VIEW EAST CONDOMINUM,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BLACKMON- MOORING- STEAMATIC CATASTOPHE
INC. D/B/A BMS CAT.,

------------------------------------X

    STEPHANIE LOPEZ, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 29th day of November, 2007, at approximately 1:41 p.m. at New York University- Legal Counsel located at 110 5th Avenue, 4th Floor, 10011, deponent served the within copy of the Summons and Complaint upon New York University by delivering thereat a true copy of same to Alicia Brownell, legal secretary, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, white skin, Brown hair, approx. 25-30, height approx. 5'5"-5'7"**

                                                 *Stephanie Lopez*
                                                 Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
Notary public

                  BEATRIZ DOLORES ARANA
                Notary Public, State of New York
                      No. 01AR6132940
                  Qualified in Queens County
            Commission Expires August 29, 20___