**** AFFIDAVIT OF SERVICE ****     12/05/2007

SHERIFFS NUMBER: S07006403    DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...    Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO**
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 9396<br>CONTROL # 12341 | 28.00 |

ASOHNEN

### COURT DATA

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:    STATE: NY    COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CIV7168    **CAPTION OF CASE**
NAME:    MERCI LOPEZ
     VS    HILLMAN ENVIORONMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**

NAME:    HILLMAN ENVIORONMENTAL GROUP, LLC,
ADDRESS:    1600 ROUTE 22 EAST
       UNION, NJ 07083

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

### SERVICE DATA RECORDED

[X] SERVED SUCCESSFULLY    [ ] UNABLE TO SERVE    NUMBER OF ATTEMPTS ____
DATE: 12/20/07    TIME: 10:30
REMARKS: _____

[ ] PERSONALLY DELIVERED    [X] OFFICER    [ ] MANAGING AGENT    [ ] REGISTERED AGENT
[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER    [ ] AGENT AUTHORIZED TO ACCEPT
[ ] IS IN THE MILITARY    [ ] NOT IN THE MILITARY

PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
(TITLE/RELATIONSHIP)

SEX: [X] MALE    [ ] FEMALE
SKIN: [X] WHITE    [ ] BLACK    [ ] YELLOW    [ ] BROWN    [ ] RED
HEIGHT: [ ] UNDER 5 FT.    [ ] 5.0 - 5.6 FT.    [X] 5.7 - 6.0 FT.    [ ] OVER 6 FT.
WEIGHT: [ ] UNDER 100 LBS.    [ ] 100 - 150 LBS.    [X] 151 - 200 LBS.    [ ] OVER 200 LBS.
HAIR: [ ] BLACK    [X] BROWN    [ ] BLOND    [ ] GRAY    [ ] RED    [ ] WHITE    [X] BALDING
AGE: [ ] 14 - 20    [ ] 21 - 35    [X] 36 - 50    [ ] 51 - 65    [ ] OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON _____
NOTARY PUBLIC
My Commission Expires Dec. 3, 2009

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY