UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MERCI LOPEZ

         Plaintiffs,

  -against-

120 BROADWAY, LLC, ET. AL.,

         Defendant.

See Rider Attached.
-------------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 07 CIV 7168

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

  Defendants, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
     March 27, 2008

Yours etc.,

CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendants - HUDSON VIEW EAST CONDOMINIUM

By: _____
  Vincent A. Nagler ( 6400 )
One Whitehall Street
New York, New York 10004
(212) 248-8800

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

MERCI LOPEZ,

                              Plaintiffs,

    - against –

120 BROADWAY, LLC, 120 BROADWAY HOLDING, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC., BOARD OF EDUCATION OF THE CITY OF NEW YORK a/k/a NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, THE CITY OF NEW YORK, 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BATTERYPARK CITY AUTHORITY, RY MANAGEMENT CO., INC., THAMES REALTY CO., NEW YORK UNIVERSITY, VERIZON NEW YORK, INC., VERIZON PROPERTIES, INC., VERIZON COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON VIEW EAST CONDOMINUM, BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON- MOORING- STEAMATIC CATASTOPHE INC. D/B/A BMS CAT.,

                              Defendants.